STAVER MOULDING and Another, Respondents, v. SEGLIN CONSTRUCTION COMPANY, INC., and Others, Appellants. (Action No. 1.) COLUMBIA CASUALTY COMPANY, Appellant, v. SEGLIN CONSTRUCTION COMPANY, INC., and Others, Appellants. (Action No. 2.) Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

BOARD OF HUDSON RIVER REGULATING DISTRICT, Respondent, v. MACY W. DELANO and Another, Appellants, and Others, Defendants.— Orders unanimously affirmed, with costs in one appeal. Present — Hill, P. J., Rhodes, Crapser and Bliss, JJ.

ALBERT CONWAY, Superintendent of Insurance of the State of New York, as Liquidator of the NATIONAL AUTOMOBILE CASUALTY COMPANY, Respondent, v. MAHONEY-CLARKE, INC., Appellant.— Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

BENJAMIN JACOWITZ, Appellant, v. MAX COHEN, Respondent.— Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Application of CHEMUNG CANAL TRUST COMPANY, as Administrator, etc., of MICHAEL E. McELLIGOTT, Deceased, for the Discovery of Property Withheld from Said Administrator. — Decree affirmed, with costs to the respondent payable out of the estate. Hill, P. J., Crapser and Heffernan, JJ., concur; Rhodes and Bliss, JJ., dissent and vote to reverse, except as to the bedroom suite and piano which were shown specifically to be the property of the wife of decedent.

L. STANLEY HINDS, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 21753.) GENEVIEVE L. HINDS, Appellant, v. THE STATE OF NEW YORK, Respondent.* (Claim No. 21754.) — Judgments unanimously affirmed, with costs in one action. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ. [144 Misc. 464.]

In the Matter of the Proceeding under Grade Crossing Elimination Act for the Elimination of the Existing Highway-Railroad Crossing at Grade of the Railroad Operated by LEHIGH VALLEY RAILROAD COMPANY and LAKE STREET (State Highway No. 5295) in the Village of Burdett, Schuyler County. (Case No. 5986.) LEHIGH VALLEY RAILROAD COMPANY, Appellant.†— Orders appealed from modified by providing that all road construction work except between stations 195+60 and 198+60 is not to be regarded as part of the grade crossing elimination and is not to be considered as approaches to the bridge, and as thus modified affirmed, without costs, on the authority of *Matter of Elimination of Grade Crossing of the Wicopee-Beekman County Highway*, etc. (231 App. Div. 748; affd., 259 N. Y. 639). Hill, P. J., Rhodes and Heffernan, JJ., concur; Crapser and Bliss, JJ., dissent and vote to affirm the orders.